JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Horizon Lines, LLC

### DEFENDANTS
Pacific Crossing Computer, Inc.

(b) County of Residence of First Listed Plaintiff: Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Stephen M. Uthoff, Bar No. 145206   suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd. Suite 710
Long Beach, CA 90802    t. 562-437-4301  f. 562-437-4341

Attorneys (If Known)

**E-filing**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 362 Personal Injury— Med. Malpractice | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 365 Personal Injury — Product Liability | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 630 Liquor Laws | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 640 R.R. & Truck | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 650 Airline Regs. | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PERSONAL PROPERTY** | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 370 Other Fraud | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 371 Truth in Lending | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 380 Other Personal Property Damage | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | | ☐ 720 Labor/Mgmt. Relations | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | |
| | | ☐ 530 General | ☐ 790 Other Labor Litigation | |
| | | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | |
| | | ☐ 540 Mandamus & Other | **FEDERAL TAX SUITS** | |
| | | ☐ 550 Civil Rights | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | ☐ 555 Prison Condition | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | | **IMMIGRATION** | | |
| | | ☐ 462 Naturalization Application | | |
| | | ☐ 463 Habeas Corpus – Alien Detainee | | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1333

Brief description of cause:
Breach of Maritime Contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 4160.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE: 1-28-08

SIGNATURE OF ATTORNEY OF RECORD

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity. Example: U.S. Civil Statute: <u>47 USC 553</u>
Brief Description: <u>Unauthorized reception of cable service</u>

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

Horizon Lines, LLC

v.

Pacific Crossing Computer, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 0700 JL

TO: (Name and address of defendant)

Pacific Crossing Computer, Inc.
45535 Northport Loop E.
Freemont, California 94538

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen M. Uthoff
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JAN 3 0 2008

HELEN L. ALMACEN
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
             Date                                Signature of Server

                                              _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

1  Stephen M. Uthoff, State Bar No. 145206
   E-mail: suthoff@uthofflaw.com
2  The Uthoff Law Corporation
   401 E. Ocean Blvd., Suite 710
3  Long Beach, California 90802
   Tele: 562-437-4301
4  Fax: 562-437-4341
5
   Attorneys for Plaintiff
6  HORIZON LINES LLC

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08 0700

HORIZON LINES LLC,                    ) Case No.
                                      )
              Plaintiff,              ) IN ADMIRALTY
                                      )
vs.                                   ) COMPLAINT FOR BREACH OF
                                      ) CONTRACT(S), WORK AND LABOR
PACIFIC CROSSING COMPUTER,            ) PERFORMED, ACCOUNT STATED,
INC.                                  ) AND OPEN BOOK ACCOUNT;
                                      ) CERTIFICATE OF INTERESTED
              Defendants.             ) PARTIES
                                      )

25 //
26 //
27 //
28 //

1

Horizon Lines LLC alleges that:

### FIRST COUNT

### (For Breach of Maritime Written Contract(s))

1. **JURISDICTION:**   This Court has jurisdiction under 28 U.S.C. § 1333. This is an admiralty and maritime claim regarding breach of a maritime contract and involves claims pendent or ancillary to the same.

2. Horizon Lines LLC (hereinafter "Plaintiff") is a common carrier by water, *inter alia*, in interstate or foreign commerce and was such a common carrier for the benefit of Pacific Crossing Computer, Inc. (hereinafter "Defendant") in such commerce as hereinafter set forth.

3. Defendants, and each of them, are, and were at all times herein mentioned, a natural person, firm, association, organization, partnership, corporation, business, trust, or public entity, with its principal place of business or residence in this district and is and was a legal entity capable of being sued.  Each defendant is believed to be the agent or alter-ego of each remaining defendant.

4. Venue is proper in this judicial district because it is where the claim arose and/or because defendant(s) resides or does business in the district and/or defendant(s) are aliens.

5. Plaintiff has filed a tariff or has otherwise maintained a schedule of its rates and charges and service contracts for the carriage of cargo, wharfage and dockage.

6. Plaintiff transported cargo for the benefit of defendant during 2004.  Such transportation and services provided are evidenced by plaintiff's bills of lading and/or freight bills, invoices, credit agreements and freight guarantees, the terms of which are incorporated herein through this reference (copies attached as Exhibit "A").  Plaintiff has fully performed its contractual obligations.

7. Plaintiff has demanded that defendant pay the full amount due of $4,160.00.

2

COMPLAINT FOR BREACH OF CONTRACT(S), WORK AND LABOR PERFORMED, ACCOUNT STATED,
OPEN BOOK ACCOUNT; CERTIFICATE OF INTERESTED PARTIES

8. Defendant has knowingly and willfully failed and refused to pay plaintiff the full amount due.

9. Consequently, defendant is liable to plaintiff in the amount of $4,160.00, plus reasonable attorneys' fees and interest thereon.

## SECOND COUNT
### (For Work and Labor Performed)

10. Plaintiff refers to paragraphs 1 through 9 of this complaint and incorporates them herein by this reference.

11. Within the last four (4) years, defendant became indebted to plaintiff for work and labor performed by plaintiff for the benefit of defendant as described by Exhibit A, for which defendant agreed to pay plaintiff.

12. Despite due demand, the sum of $4,160.00 is now due, owing and unpaid for said work and labor performed.

## THIRD COUNT
### (For Account Stated)

13. Plaintiff refers to paragraphs 1 through 12 of this complaint and incorporates them herein by this reference.

14. Within the last four (4) years, an account was stated in writing by and between plaintiff and defendant as described by Exhibit A wherein it was agreed that defendant was indebted to plaintiff.

15. Despite due demand, the sum of $4,160.00 is now due, owing and unpaid on said account stated.

3

COMPLAINT FOR BREACH OF CONTRACT(S), WORK AND LABOR PERFORMED, ACCOUNT STATED,
OPEN BOOK ACCOUNT; CERTIFICATE OF INTERESTED PARTIES

## FOURTH COUNT

### (For Open Book Account)

16. Plaintiff refers to paragraphs 1 through 15 of this complaint and incorporates them herein by this reference.

17. Within the last four (4) years, defendant became indebted to plaintiff on an open book account as described by Exhibit A, which defendant agreed to pay.

18. Despite due demand, the sum of $4,160.00 is now due, owing and unpaid on said open book account.

WHEREFORE, plaintiff prays for judgment against defendant, as follows:

1. For the sum of $4,160.00;
2. For the costs of collection, according to proof;
3. For costs of suit incurred herein, according to proof;
4. For pre-judgment and post-judgment interest;
5. For reasonable attorneys' fees; and
6. For such other and further relief as the Court deems just and proper.

Dated: January 28, 2008

By: _____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
HORIZON LINES LLC

COMPLAINT FOR BREACH OF CONTRACT(S), WORK AND LABOR PERFORMED, ACCOUNT STATED, OPEN BOOK ACCOUNT; CERTIFICATE OF INTERESTED PARTIES

## CERTIFICATE AS TO INTERESTED PARTIES
### (Local Rule 3-16)

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

1. Horizon Lines LLC
2. Horizon Lines Inc, a publicly traded corporation
3. Logistical Recovery Systems, Inc.

Dated: January 28, 2008

By: _____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
HORIZON LINES LLC

5

COMPLAINT FOR BREACH OF CONTRACT(S), WORK AND LABOR PERFORMED, ACCOUNT STATED,
OPEN BOOK ACCOUNT; CERTIFICATE OF INTERESTED PARTIES



**Horizon Lines, LLC**

**FREIGHT BILL COPY**

| INV. DATE | DUE DATE | FREIGHT BILL # |
|---|---|---|
| 11/08/2004 | 12/08/04 | 471970122 |

| VESSEL | VOYAGE | CONTAINER | TEMP | BOOKING NO. | MASTER FREIGHT BILL | INVOICE NO. |
|---|---|---|---|---|---|---|
| HORIZON CRUSADER | CD168E | SEAU228502 20 UPGRADE | | LBC915395 | | 1158928 |

| SERVICE | SEAL | SAIL DATE | ETA | CONTAINER REFERENCE | HAZ IND |
|---|---|---|---|---|---|
| Door TO Port | 5269 | 11/08/2004 | 11/10/2004 | | No |

| Point of Origin | Port of Load | Port of Discharge | Point of Destination | Inbound Voyage |
|---|---|---|---|---|
| Fremont | Houston | San Juan | San Juan | CD168E |

**Shipper Account #** / **Reference**
7024282
PACIFIC CROSSING COMPUTER INC.
061-4251820/JB
46535 NORTHPORT LOOP EAST  FREMONT, CA 94538

**Consignee Account #** / **Reference**
7030118
TECHNOLAND
24 VALLE SUR  MAYAGUEZ 006807059 PUERTO RICO

**Bill-To Account #** / **Reference**
7417
UPS SUPPLY CHAIN SOLUTIONS INC
550-3 ECCLES AVENUE  South San Francisco, California 94080

| Item | Item Description | Quantity | Per Code | Rate | Charge Type | Charge |
|---|---|---|---|---|---|---|
| | 17 PALLET computer parts ACCESSORIES | 13181.00 | LBS | | | |
| | Total Weight | 13181.00 | | Total Cube | 0.00 | |

No Sed Reqd: AES-943853515-0914251620000000001

| 0065100000 | COMPUTERS, NOS | 1.00 | Container | 3,850.00 | Ocean Freight | 3,850.00 P |
| BS | BUNKER SURCHARGE | 1.00 | Each | 260.00 | Assessorial | 260.00 P |
| CR | TERML HNDLG CHG DEST | 1.00 | Each | 40.00 | Assessorial | 40.00 P |
| DC | DOCUMENTATION CHARGE | 1.00 | Each | 45.00 | Assessorial | 45.00 P |
| IF | Intermodal Fuel Surcharge | 1.00 | Each | 105.00 | Assessorial | 105.00 P |
| PA | PORT IMPROV/CHG-DEST | 1.00 | Each | 10.00 | Assessorial | 10.00 P |
| PZ | PORT SECURITY | 1.00 | Each | 50.00 | Assessorial | 50.00 P |

| | Total Rated Weight: | 0.00 | | Total Prepaid Charges : | $4,160.00 |
| | | | | Total Collect Charges : | $0.00 |
| Brokerage: | Base Amount | CD | Amount | Grand Total : | $4,160.00 |

REMIT TO:
Horizon Lines
P O BOX 730369
Dallas, TX 75373-0369

**Exhibit A**