1    Stephen M. Uthoff Bar No. 145206
     suthoff@uthofflaw.com
2    Uthoff Law Corporation
3    401 E. Ocean Blvd, Suite 710
     Long Beach, CA 90802
4    t. 562-437-4301 f. 562-437-4341

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9                                          No. C

10            Plaintiff(s),          **CONSENT TO PROCEED BEFORE A**
                                     **UNITED STATES MAGISTRATE JUDGE**
11        v.

12

13            Defendant(s).
     _____/

14

15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18   proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21   Dated: _____        /s/ Stephen M. Uthoff
                                                _____
22                                              Signature

23                                              Counsel for _____
                                                (Plaintiff, Defendant or indicate "pro se")

24

25

26

27

28