Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341
Attorneys for Plaintiff
HORIZON LINES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HORIZON LINES LLC, ) | Case No. CV 08-0700 JL |
| ) | |
| Plaintiff, ) | **IN ADMIRALTY** |
| ) | |
| vs. ) | **NOTICE OF DISMISSAL** |
| ) | |
| PACIFIC CROSSING COMPUTER, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    The above-entitled action is hereby dismissed without prejudice by plaintiff pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  April 3, 2008

                                                        By:    _s/Stephen M. Uthoff_____
                                                                Stephen M. Uthoff
                                                                The Uthoff Law Corporation
                                                                Attorneys for Plaintiff
                                                                HORIZON LINES LLC

1